UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS VRAME, *et al.*, | Case No. 2:22-mc-00104-MCE-JDP |
| Petitioners, | ORDER CONTINUING HEARING AND SETTING A BRIEFING SCHEDULE |
| v. | |
| UNITED STATES OF AMERICA, | ECF No. 1 |
| Respondent. | |

This matter is before the court on petitioners' motion to quash. ECF No. 1. The court set this motion for hearing on April 14, 2022. Under Local Rule 230, respondent should have filed an opposition fourteen days after the motion was filed, but the government has not yet filed an opposition; the government has not yet appeared. I will continue the hearing to allow respondent more time to appear.

Accordingly, it is hereby ordered that:

1. The April 14, 2022, hearing in this case is continued to May 26, 2022.

2. Respondent will have until April 28m 2022, to file an opposition to petitioners' motion.

3. Petitioners will have until May 9, 2022, to file a reply, if any.

4. Within seven days of the date of this order, petitioners must file a proof of service of this order on all interested parties.

1

IT IS SO ORDERED.

Dated:   April 7, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE