UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS VRAME, *et al.*, | Case No. 2:22-mc-00104-MCE-JDP |
| Petitioners, | AMENDED ORDER CONTINUING HEARING AND SETTING A BRIEFING SCHEDULE |
| v. | |
| UNITED STATES OF AMERICA, | ECF Nos. 1, 5 |
| Respondent. | |

Petitioners filed a motion to quash two administrative summonses issued by the Internal Revenue Service, which was set for hearing on April 14, 2022. ECF Nos. 1 & 2. The United States has yet to appear in this action and the deadline to respond to petitioner's motion has passed. To afford the government an opportunity to appear and respond to the motion, I will continue the hearing.

Accordingly, it is hereby ORDERED that:

1. The April 14, 2022, hearing on petitioners' motion to quash is continued to May 26, 2022.

2. Any opposition to the motion shall be filed by no later May 12, 2022.

3. Petitioners' may file a reply to respondent's opposition, if any, by May 19, 2022.

4. By no later than April 15, 2022, petitioner shall serve a copy of this order on all interested parties, including the United States Attorney for the Eastern District of California; the

Attorney General of the United States; Internal Revenue Service Agent Lor O'Brien; First Norther Bank; and Five Star Bank.

    5.  Petitioners shall also file with the court, by no later than April 15, 2022, a proof of service of this order on all interested parties.

IT IS SO ORDERED.

Dated:   April 11, 2022                                  /s/ Jeremy Peterson
                                                                   JEREMY D. PETERSON
                                                                   UNITED STATES MAGISTRATE JUDGE