# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CHRIS VRAME,**

CASE NO: **2:22–MC–00104–MCE–JDP**

v.

**UNITED STATES OF AMERICA,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/6/24**

**Keith Holland**
Clerk of Court

ENTERED:  **February 6, 2024**

by: /s/ A. Kastilahn
Deputy Clerk